FILED

03/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0068

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0068

ASHLEY LeANN TINTINGER,

Petitioner and Appellee,

and

ORDER

SAMUEL VERNON TINTINGER,

Respondent and Appellant.

Pro Se Appellant Samuel Vernon Tintinger has filed a motion for extension of time to file his opening brief in this matter.

The Court notes that The District Court record has not yet been transmitted to the Supreme Court. Pursuant to M. R. App. 13(1), an appellant shall have 30 days after the record is transmitted to file and serve the opening brief. Therefore, the motion for extension is premature.

IT IS HEREBY ORDERED that the motion for extension of time is DENIED.

The Clerk is directed to provide a copy of this order to all counsel of record and to Samuel Vernon Tintinger.

DATED this 1st day of March, 2024.

For the Court,

Chief Justice